THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

STACY WHEELER,                                Case No.:

        Plaintiff,

v.

DR. MOHSIN JAFFER,

        Defendant.
_____/

## COMPLAINT

Plaintiff, STACY WHEELER, by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, hereby files her complaint against the Defendant, DR. MOHSIN JAFFER, and alleges the following:

### JURISDICTION

1.    Jurisdiction in this court is proper as the claims are brought pursuant to the Fair Labor Standards Act, as amended (29 U.S.C. sections 207 and 216, hereinafter called the FLSA) to recover unpaid back wages, and additional equal amount as liquidated damages, and reasonable attorney's fees and costs.

2.    Jurisdiction of this action is founded upon section 207 of the FLSA. (29 U.S.C. §207).

### PARTIES

3.    At all times material hereto, Plaintiff STACY WHEELER was and is a resident of Broward County, Florida.

4.    At all times material hereto, Defendant Dr. MOHSIN JAFFER operates medical offices at 601 N. Flamingo Rd., Suite 304, Pembroke Pines, Florida 33028 and 1855 N. Corporate

Lakes Blvd., Weston, Florida 33326.

5. Plaintiff is an hourly paid employee who was subject to the payroll practices and procedures described below and who worked in excess of forty hours beginning in February 1999 without receiving overtime compensation.

6. At all times material, Defendant acted directly or indirectly in the interest of an employer in relation to Plaintiff, and therefore Defendant has been an employer within the meaning of section 203(d) of the FLSA. (29 U.S.C. §203(d)).

7. Plaintiff was hired by Defendant as a medical assistant and was paid on an hourly basis.

8. In the course of employment with Defendant, Plaintiff was not paid time and one-half for all hours in excess of forty during a work week.

9. Defendant employed Plaintiff as a medical assistant for work weeks longer than forty hours and willfully failed to compensate her for hours worked in excess of forty hours a week at a rate of at least one and one-half times the regular rate at which she was employed, contrary to the requirements of section 207 of the FLSA. (29 USC § 207).

10. Plaintiff has hired the law firm of Altschul, Landy & Collier, P.A. to represent her in this action and has agreed to pay it a reasonable attorney's fee.

## COUNT 1
## RECOVERY OF OVERTIME COMPENSATION

11. Plaintiff readopts and realleges all allegations contained in paragraphs 1 through 9 above.

12. Plaintiff is entitled to be paid time and one-half of his regular rate of pay for each hours worked in excess of forty per week.

13. As a direct and proximate result of Defendant's deliberate underpayment of wages including lost overtime compensation, plus incurring costs and reasonable attorney's fees.

14. As a result of Jaffer's willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

WHEREFORE, Plaintiff demands judgment against Defendant for compensatory damages for the wages and overtime payments due them, an additional equal amount as liquidated damages, together with costs and attorney fees pursuant to the FLSA and such other further relief as this court deems just and proper.

Dated: Jan 3, 2000

By: _____
Nanci S. Landy, Esq.
ALTSCHUL, LANDY & COLLIER, P.A.
2700 S. Commerce Pkwy, Suite 305
Weston, Florida 33331
Tel.: (954) 384-9934
Fax.: (954) 384-9935
Florida Bar No.: 817971

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I (a) PLAINTIFFS**
STACY WHEELER

**DEFENDANTS**
DR. MOSHIN JAFFER
JW

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: BROWARD
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: BROWARD
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

A- Broward 00-CV6020 Watson

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER):
Nancí S. Landy (954)
ALTSCHUL, Landy + Collier 384-9954
2700 S. Commerce Pkwy St. 305 Weston, FL.

ATTORNEYS (IF KNOWN)

**(d) CIRCLE COUNTY WHERE ACTION AROSE:**
DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION**
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION**
29 U.S.C. §207
RECOVERY OF UNDERPAID WAGES

**IVa.** 1 days estimated (for both sides) to try entire case.

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

[Nature of suit checkboxes — ☒ 710 Fair Labor Standards Act selected; ☒ 530 General also marked]

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Refiled
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD [signature]

UNITED STATES DISTRICT COURT
S/F I-2
REV. 6/90

FOR OFFICE USE ONLY: Receipt No. 814955  Amount: 150.00
Date Paid: 01/06/00  M/lfp: _____