AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

─────────────── DISTRICT OF ───────────────

STACY WHEELER,

    Plaintiff,

V.

DR. MOSHIN JAFFER,

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6020

**TO:** (Name and address of defendant)
Dr. Moshin Jaffer
601 N. Flamingo Rd., Suite 304
Pembroke Pines, Florida 33028

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nanci S. Landy, Esq.
Weston Corporate Centre
2700 S. Commerce Pkwy, Suite 305
Weston, FL 33331
(954) 384-9934

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox         JAN 0 6 2000

CLERK         DATE

(BY) DEPUTY CLERK