IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-06020-CIV FERGUSON/SNOW

STACY WHEELER,

          Plaintiff,

  v.

DR. MOHSIN JAFFER,

          Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

    Defendant, DR. MOHSIN JAFFER, by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, hereby moves for an extension of time to file a response in the above styled matter and states as grounds:

    1.    Defendant was served with the complaint in the instant matter on January 13, 2000. The deadline for Defendant to file a response is currently February 2, 2000.

    2.    Due to an extraordinarily large caseload, Defendant's attorney requests an extension of twelve days, until February 14, 2000, to file a response in this matter.

    3.    Defendant's attorney conferred with Plaintiff's counsel who does not oppose allowing Defendant an additional twelve days to file a response.

    WHEREFORE, Defendant respectfully requests that the Court enter an order allowing

3

Defendant an additional twelve days to respond to the complaint.

Respectfully Submitted,

PHILLIPS, RICHARD, RIND &
NAVARRETE, P.A.
6950 North Kendall Drive
Miami, Florida 33156
Telephone: (305) 662-5700
Facsimile: (305) 662-4444
By:_____
       Osnat K. Rind
       Florida Bar No: 0958638

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was sent by U.S Mail and facsimile to Nanci S. Landy, Esq., Altchul, Landy & Collier, P.A., 2700 South Commerce Parkway, Suite 305, Weston, Florida 33331, this 2nd day of February, 2000.

BY:_____
       Osnat K. Rind

2