# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of FLORIDA

Case Number: 000-6020 Ferguson

Plaintiff:
**STACY WHEELER**

vs.

Defendant:
**DR. MOSHIN JAFFER**

For:
Nanci S. Landy, Esq.
2700 S. Commerce Parkway
Suite 305
Weston FL 33331

Received by P.I. SERVICES on the 7th day of January, 2000 at 8:07 am to be served on **DR. MOSHIN JAFFER, 601 N. FLAMINGO ROAD, SUITE 304, PEMBROKE PINES, FL 33028**.

I, Chris Yeoman, do hereby affirm that on the **13th day of January, 2000** at **3:20 pm, I:**

**INDIVIDUALLY SERVED:** The within named person with a true copy of this **SUMMONS & COMPLAINT (20 DAYS)** with the date and hour endorsed thereon by me, Pursuant to F.S. 48.031(1).

Under penalty of perjury, I declare that I have read the Foregoing Verified Return of Service and that the facts stated in it are true. F.S.92.525(2)

Chris Yeoman
S.P.S. #262

**P.I. SERVICES**
**1550 South Dixie Highway**
**Suite 206a**
**Coral Gables, FL 33146**
**(305) 666-0142**
Our Job Serial Number: 2000000276

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3f

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

STACY WHEELER,

    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

DR. MOSHIN JAFFER,

    Defendant.

TO: (Name and address of defendant)
    Dr. Moshin Jaffer
    601 N. Flamingo Rd., Suite 304
    Pembroke Pines, Florida 33028

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nanci S. Landy, Esq.
Weston Corporate Centre
2700 S. Commerce Pkwy, Suite 305
Weston, FL 33331
(954) 384-9934

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox          JAN 0 6 2000

CLERK          DATE

(BY) DEPUTY CLERK