IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 00-06020-CIV FERGUSON/SNOW

STACY WHEELER,

    Plaintiff,

v.

DR. MOHSIN JAFFER,

    Defendant.

### ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION

THIS CAUSE, having come before this Court on _____, on Defendant's Unopposed Motion for Extension and, the Court having reviewed the Motion, and being otherwise fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** that the Motion be and the same is hereby granted. Defendant shall have up to and including Febraury 14, 2000 in which to respond to the Complaint.

DONE AND ORDERED, in Chambers, at Miami, Dade County, Florida, on this 21st day of February, 2000.

_____
The Honorable Wilkie Ferguson
U.S. District Judge

Copies furnished:
Osnat K. Rind, Esq.
Nanci S. Landy, Esq.

