IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-06020-CIV-FERGUSON/SNOW

STACY WHEELER

    Plaintiff,

v.

DR. MOSHIN JAFFER,

    Defendant.
_____/



## NOTICE OF ABSENCE FROM JURISDICTION

Defendant, DR. MOSHIN JAFFER through its counsel PHILLIPS, RICHARD, RIND & NAVARRETE, P.A., hereby notifies the Court and all parties to this action that the undersigned counsel OSNAT K. RIND, ESQUIRE, will be absent from the jurisdiction of this Court from March 6, 2000 through March 10, 2000. Accordingly, it is respectfully requested that no hearings, depositions or any other proceedings requiring appearance be scheduled during this period of time.

                Respectfully submitted,

                PHILLIPS, RICHARD,
                RIND & NAVARRETE, P.A.
                6950 North Kendall Drive
                Miami, Florida 33156
                Telephone: (305) 662-5700
                Facsimile : (305) 662-4444

                By: _____
                    Osnat K. Rind
                    Florida Bar No. 0958638

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was sent, via U.S. mail, to Nanci S. Landy, Esq., Altchul, Landy & Collier, P.A., 2700 South Commerce Parkway, Suite 305, Weston, Florida 33331 this 28th day of February, 2000

_____
OSNAT K. RIND