# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

STACY WHEELER,
Plaintiff

NOTICE OF RIGHT TO CONSENT TO DISPOSITION OF A CIVIL CASE BY A UNITED STATES MAGISTRATE JUDGE

V.

DR. MOSHIN JAFFER,
Defendant

Case Number: 00-6020 CIV FERGUSON

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c), the undersigned parties voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in the case, including the trial and order the entry of final judgement.

| Signature | Date |
|---|---|
| [signature] For Defendant | 3-22-00 |
| [signature] for Plaintiff | 3-22-00 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _____, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

03/29/00
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY THE UNITED STATES MAGISTRATE JUDGE.

