IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-06020-CIV-FERGUSON/SNOW

STACY WHEELER

    Plaintiff,

v.

DR. MOSHIN JAFFER,

    Defendant.
_____/



## NOTICE OF ABSENCE FROM JURISDICTION

Defendant, DR. MOSHIN JAFFER through his counsel PHILLIPS, RICHARD, RIND & NAVARRETE, P.A., hereby notifies the Court and all parties to this action that undersigned counsel, OSNAT K. RIND, ESQUIRE, will be absent from the jurisdiction of this Court from May 22, 2000 through June 2, 2000. Accordingly, it is respectfully requested that no hearings, depositions or any other proceedings requiring appearance be scheduled during this period of time.

    Respectfully submitted,

    PHILLIPS, RICHARD,
    RIND & NAVARRETE, P.A.
    6950 North Kendall Drive
    Miami, Florida 33156
    Telephone: (305) 662-5700
    Facsimile: (305) 662-4444

    By: _____
    Osnat K. Rind
    Florida Bar No. 0958638



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was sent, via U.S. mail, to Nanci S. Landy, Esq., Altchul, Landy & Collier, P.A., 2700 South Commerce Parkway, Suite 305, Weston, Florida 33331 this 11th day of April, 2000

_____
OSNAT K. RIND