IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

STACY WHEELER,

    Plaintiff,

v.                                                    CASE NO.: 00-06020-CIV-FERGUSON/SNOW

DR. MOHSIN JAFFER,

    Defendant.
_____/

### NOTICE OF VACATION/UNAVAILABILITY

The undersigned, NANCI S. LANDY, ESQ., hereby gives notice that she will be on vacation and absent from the jurisdiction during the period of time beginning August 18, 2000, through August 28, 2000, and requests that no proceedings be set during this period.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via U.S. Mail to: Osnat K. Rind at 6950 N. Kendall Drive, Miami, Florida 33156 on this __19__ day of July, 2000.

                              ALTSCHUL & LANDY, P.A.
                              2700 S. Commerce Pkwy, Suite 305
                              Weston, Florida 33331
                              Tel.: (954) 384-9934
                              Fax.: (954) 384-9935

                              BY: _____
                                  Nanci Landy, Esq.
                                Florida Bar No. 817971