IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No. 00-06020-CIV FERGUSON/SNOW

STACY WHEELER,

    Plaintiff,

v.

DR. MOHSIN JAFFER,

    Defendant.

_____/

### NOTICE OF TAKING DEPOSITION

TO:   Nanci S. Landy, Esq.
      Altchul, Landy & Collier, P.A.
      2700 South Commerce Parkway, Suite 305
      Weston, Florida 33331

**PLEASE TAKE NOTICE** that counsel for the Defendant will take the deposition of the person named below, upon oral examination before a Notary Public, or other person authorized by law to administer oaths and take depositions, by stenographic means, at the offices of

**PHILLIPS, RICHARD, RIND & NAVARRETE, P.A., 6950 N. Kendall Drive, Miami, Florida 33156** on the following dates at the specified times, and from day to day thereafter until completed.

| **DEPONENT:** | **DATE:** | **TIME:** |
| --- | --- | --- |
| Stacy Wheeler | January 18, 2001 | 10:00 A.M. |

The deposition is being taken for the purposes of discovery, for use at trial, and for such other purposes as are permitted under the Federal Rules of Civil Procedure.


NON-COMPLIANCE OF S.D. Fla. L.R.



IF YOU FAIL TO APPEAR, YOU MAY BE IN CONTEMPT OF COURT.

Respectfully Submitted,

PHILLIPS, RICHARD, RIND &
NAVARRETE, P.A.
6950 North Kendall Drive
Miami, Florida 33156
Telephone: (305) 662-5700
Facsimile: (305) 662-4444
E-mail: orind@phillipsrichard.com

By: _____
Osnat K. Rind
Florida Bar No: 0958638

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was sent by U.S Mail to Nanci S. Landy, Esq., Altchul, Landy & Collier, P.A., 2700 South Commerce Parkway, Suite 305, Weston, Florida 33331, this ___27th___ day of ___December___ 2000.

BY: _____
Osnat K. Rind