UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6020-Civ-Ferguson/Snow

STACY WHEELER,

    Plaintiff,

vs.

DR. MOSHIN JAFFER,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on the Defendant's Emergency Motion for Protective order (Docket Entry 14). With the Court being fully advised it is hereby

ORDERED AND ADJUDGED that the plaintiff shall file a response to this motion on or before January 8, 2000.

DONE AND ORDERED at Fort Lauderdale, Florida, this 3rd day of January, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:  Nanci S. Landy, Esq.
           Osnat K. Rind, Esq.