UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 00-6020-Civ-Ferguson/Snow

STACY WHEELER,

    Plaintiff,

vs.

DR. MOSHIN JAFFER,

    Defendant.
_____/



**ORDER**

THIS CAUSE is before the Court on the plaintiff's Motion for Enlargement of Time (Docket Entry 16). With the Court being fully advised it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The plaintiff shall file a response to the defendant's motion for a protective order on or before January 31, 2000. However, since settlement negotiations are underway, no depositions shall be taken during this period. The plaintiff may seek a further extension of time to respond, if necessary.

DONE AND ORDERED at Fort Lauderdale, Florida, this 17th day of January, 2001.

                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:    Nanci S. Landy, Esq.
               Osnat K. Rind, Esq.