IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

STACY WHEELER,

    Plaintiff,

v.    CASE NO.: 00-06020-CIV-FERGUSON/SNOW

DR. MOHSIN JAFFER,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF FILING OFFER OF JUDGMENT AND ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiff, STACY WHEELER, by and through undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby files the attached Offer of Judgment and Acceptance of Offer of Judgment.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was sent by U.S. Mail to Osnat K. Rind at 6950 N. Kendall Drive, Miami, Florida 33156, this _17_ day of January, 2001.

    ALTSCHUL & LANDY, P.A.
    Weston Corporate Centre
    2700 S. Commerce Parkway, #305
    Weston, FL 33331
    Tel.: (95 4) 384-9934
    Fax.: (954) 384-9935

    BY: _____
    Nanci Landy, Esq.
    Florida Bar No. 817971

# ALTSCHUL & LANDY, P.A.

ATTORNEYS AT LAW

PLEASE REPLY TO MAIN OFFICE:
WESTON CORPORATE CENTRE
2700 S. COMMERCE PKWY., SUITE 305
WESTON, FLORIDA 33331
(954) 384-9934 • FAX (954) 384-9935

MIAMI OFFICE:
NATIONSBANK TOWER, SUITE 3920
100 S.E. SECOND STREET
MIAMI, FLORIDA 33131

January 8, 2001

Osnat K. Rind, Esq.
Phillips, Richard, Rind & Navarrete, P.A.
6950 N. Kendall Drive
Miami, FL 33156

Re: Wheeler v. Jaffer

Dear Osnat:

My client accepts the offer of judgment propounded on December 21, 2000. Please prepare the appropriate paperwork. I expect that this will be resolved expeditiously and that I will have the settlement checks within ten days.

Sincerely,

ALTSCHUL & LANDY, P.A.

Nanci Landy

# PHILLIPS, RICHARD,
# RIND & NAVARRETE, P.A.
*ATTORNEYS AT LAW*

KATHLEEN M. PHILLIPS
MARK RICHARD
OSNAT K. RIND
LIBBY HERRERA-NAVARRETE
CARLOS E. MUSTELIER JR.
ADAM B. SABEN

OF COUNSEL:
MIERZWA & ASSOCIATES, P.A.

6950 N. KENDALL DRIVE
MIAMI, FLORIDA 33156
(305) 662-5700
Fax: (305) 662-4444
Email: laborlaw@phillipsrichard.com

December 21, 2000

Nanci Landy, Esq.
Altschul, & Landy, P.A.
Weston Corporate Centre
2700 S. Commerce Pkwy, Suite 305
Weston, FL 33331

   Re: <u>Wheeler v. Jaffer</u>, Case No. 00-06020-Civ-Ferguson
      Offer of Judgment

Dear Ms. Landy:

   Please consider this letter Defendant's offer of judgment made pursuant to Fed. R. Civ. P. 68. The Defendant offers to allow judgment to be taken against him in the amount of $2,600.00 for overtime and liquidated damages allegedly owed to the Plaintiff, and an additional amount in reasonable attorney's fees and costs incurred to date, not to exceed $2,900.00. The total amount of this offer is $5,500.00.

              Very truly yours,

              Osnat K. Rind

OKR/mds
cc: Dr. Jaffer