UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 00-6020-Civ-Ferguson/Snow

STACY WHEELER,

    Plaintiff,

vs.

DR. MOHSIN JAFFER,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on the Plaintiff's Notice of Filing Offer of Judgment and Acceptance of Offer of Judgement (Docket Entry 18). With the Court being fully advised it is hereby

ORDERED AND ADJUDGED that pursuant to Fed.R.Civ.P. 68, the Clerk of the Court is hereby authorized to enter final judgment in this matter.

DONE AND ORDERED at Fort Lauderdale, Florida, this 1st day of February, 2001.

                                   *Lurana S. Snow*
                                   LURANA S. SNOW
                                   UNITED STATES MAGISTRATE JUDGE

Copies to:    Nanci S. Landy, Esq.
                Osnat K. Rind, Esq.
                Clerk of the Court

