IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

STACY WHEELER,

Plaintiff,

v.   CASE NO.: 00-06020-CIV-FERGUSON/SNOW

DR. MOHSIN JAFFER,

Defendant.
_____/

## FINAL JUDGMENT

This action came before the Court on Defendant's Offer of Judgment pursuant to Federal Rule of Civil Procedure 68 and the acceptance of the offer by Plaintiff and pursuant thereto,

It is Ordered and Adjudged:

That the Plaintiff, STACY WHEELER, shall recover from the Defendant, DR. MOSHIN JAFFER, the sum of $5,500.00, with postjudgment interest thereon at a rate of 10% as provided by law.

The Court shall retain jurisdiction to enforce the terms of this judgment.

Dated at Fort Lauderdale, Broward County, Florida this 1st day of February, 2001.

Clerk of the Court

Copies:   Nanci Landy, Esq.
Osnat K. Rind, Esq.

