IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

STACY WHEELER,

    Plaintiff,

v.                                      CASE NO.: 00-06020-CIV-FERGUSON/SNOW

DR. MOHSIN JAFFER,

    Defendant,

and

WACHOVIA BANK
12399 Sheridan Street
Cooper City, Florida 33026,

    Garnishee.
_____/

## APPLICATION FOR WRIT OF GARNISHMENT

Plaintiff, STACY WHEELER, pursuant to Rule 69 of the Federal Rules of Civil Procedure and pursuant to Florida Statute § 77.03, moves for the issuance of a Writ of Garnishment after Final Judgment and in support thereof states as follows:

    1.    On January 3, 2000, Plaintiff filed her Complaint against Defendant for recovery of overtime compensation.

    2.    Jurisdiction in this Court was pursuant to the Fair Labor Standards Act.

    3.    On March 29, 2000, upon agreement of the parties, an order consenting to the exercise of jurisdiction by a United States Magistrate Judge was entered.

    4.    Thereafter, Defendant made an offer of Final Judgment which Plaintiff accepted.

    5.    On February 1, 2001 this Court, pursuant to Federal Rule of Civil Procedure

68, authorized the Clerk of the Court to enter Final Judgment. Attached hereto as Exhibit "A".

6. Final Judgment was entered against the Defendant for $5,500.00 with post judgment interest thereon at a rate of 10% as prescribed by law. Attached hereto as Exhibit "B".

7. Plaintiff's judgment against Defendant in the amount of $5,500.00, exclusive of attorney's fees, costs and interest, remains unpaid.

8. Plaintiff does not believe that the Defendant posses visible property upon which levy can be made sufficient to satisfy the judgment.

9. Plaintiff has reason to believe that the above-named garnishee WACHOVIA BANK has in its possession or control goods or money belonging to Defendant.

10. The goods or money in possession or control of garnishee are not due for personal services or labor of head of family residing in State.

WHEREFORE, Plaintiff respectfully requests that this Court direct the Clerk of the Court to enter a Writ of Garnishment directing the Sheriff of the State to serve the Garnishee, Wachovia Bank to serve and answer the Writ.

Dated: _March 14, 2001_

ALTSCHUL, LANDY & COLLIER, P.A.
Weston Corporate Centre
2700 S. Commerce Parkway, #305
Weston, FL 33331
Tel.: (954) 384-9934
Fax.: (954) 384-9935

BY: _____
Nanci Landy, Esq.
Florida Bar No. 817971
Richard A. Asselta, Esq.
Florida Bar No. 0179061