IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

STACY WHEELER,

    Plaintiff,

v.                            CASE NO.: 00-06020-CIV-FERGUSON/SNOW

DR. MOHSIN JAFFER,

    Defendant,

and

WACHOVIA BANK
12399 Sheridan Street
Cooper City, Florida 33026



    Garnishee.
_____/

## ORDER ON PLAINTIFF'S APPLICATION FOR WRIT OF GARNISHMENT

This cause having come before the Court's consideration upon Plaintiff's Application for Writ of Garnishment and having been duly considered it is hereby:

ORDERED AND ADJUDGED that Plaintiff's Application for Writ of Garnishment is GRANTED. The Clerk of the Court shall enter the Writ of Garnishment and serve it to the appropriate parties.

DONE AND ORDERED in chambers at Fort Lauderdale, Broward County, Florida, this 30th day of March, 2001.

                                                Lurana S. Snow
                                                LURANA S. SNOW
                                             UNITED STATES MAGISTRATE JUDGE

copies to:    Clerk of the Court
                Nanci S. Landy, Esq.