# ALTSCHUL & LANDY, P.A.

ATTORNEYS AT LAW

FILING FEE
PAID 5260 20 -$100
In Forma Pauperis
Clarence Maddox, Clerk

PLEASE REPLY TO MAIN OFFICE:
WESTON CORPORATE CENTRE
2700 S. COMMERCE PKWY., SUITE 305
WESTON, FLORIDA 33331
(954) 384-9934 • FAX (954) 384-9935

MIAMI OFFICE:
NATIONSBANK TOWER, SUITE 3920
100 S.E. SECOND STREET
MIAMI, FLORIDA 33131

April 5, 2001

Clerk of the Court
United States District Court
Southern District of Florida
299 E. Broward Boulevard, Rm. 204
Ft. Lauderdale, Florida 33301

    Re:    Wheeler v. Jaffer, Case No.: 00-06020.

Dear Sir or Madam:

Enclosed please a check in the amount of $100.00 in support of a Writ of Garnishment which was entered in this case. The Writ will be served by our office. If there are any questions or concerns, please notify me immediately. Thank you for your assistance.

Respectfully Submitted

ALTSCHUL & LANDY, P.A.

Richard A. Asselta, Esq.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-06020-CIV-FERGUSON/SNOW

STACY WHEELER,

    Plaintiff,

v.

DR. MOHSIN JAFFER,

    Defendant,

and

WACHOVIA BANK
12399 Sheridan Street
Cooper City, Florida 33026,

    Garnishee.
_____/

## WRIT OF GARNISHMENT

To any United States Marshall:

YOU ARE COMMANDED to summon the Garnishee, WACHOVIA BANK at 12399 Sheridan Street, Cooper City, Florida, to serve an answer to this Writ on Nanci S. Landy, Esq., Plaintiff's counsel, whose address is 2700 S. Commerce Parkway, Suite 305, Weston, Florida 33331, within twenty (20) days after service on the Garnishee, exclusive of the day of service, and to file the original with the Clerk of this court either before service on the attorney or immediately thereafter stating whether the Garnishee is indebted to Defendant, DR. MOSHIN JAFFER, at the time of the answer or was indebted at the time of service of the Writ or at any time between such times and in what sum and what tangible and intangible personal property of the Plaintiff the

23

Garnishee is in possession or control of at the time of the answer or had at the time of the service of this Writ or at any time between such times and whether the Garnishee knows of any other person indebted to the Defendant or who may be in possession or control of any of the property of the Defendant. The amount set forth in WHEELER's motion is $5,500.00.

Defendant has a right to an immediate hearing for dissolution of this Writ pursuant to Federal Rule of Civil Procedure 69 and Florida Statute § 77.07

FAILURE TO ANSWER THIS WRIT OR TO RETAIN THE DEBT OR PERSONAL PROPERTY MAY MAKE YOU LIABLE TO THE EXTENT OF THE UNSATISFIED JUDGMENT.

ORDERED ON: __4/2/01__

CLARENCE MADDOX

Clerk of the Court

By: _____

Deputy Clerk

(COURT SEAL)

2